UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC CHATMAN,<br><br>                   Plaintiff,<br>v.<br><br>7'11 COMPANY, et al.,<br><br>                   Defendants. | Case No. 2:18-cv-00220-JAD-PAL<br><br>ORDER<br><br>(Mot Appt Counsel – ECF Nos. 6, 7) |

This matter is before the court on Plaintiff Eric Chatman's ("Chatman") Request for Appointment of Counsel and Declaration of Indigency (ECF No. 6) and Ex Parte Motion for Assignment of Counsel, and Supporting Memorandum of Points and Authorities and Declaration (ECF No. 7). These motions are referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules.

The motions were filed before this court has had an opportunity to process Chatman's February 5, 2018 *in forma pauperis* application (ECF No. 1) and screen his proposed complaint, to determine whether he states a claim on which relief may be granted. The motions are denied.

Due to the large number of civil actions pending before the court, the screening process may take several months to complete. It is difficult and time-consuming work for the court to produce a screening order that decides whether the complaint states a claim, and if not, provide guidance to enable a pro se plaintiff to cure any noted defects and give an opportunity to file an amended complaint. The court has hundreds of active cases, including a large number of prisoner civil rights cases. Criminal cases take priority and, in the absence of a true emergency,[1] all motions

---
[1] LR 7-4 discusses the requirements for submitting emergency motions and notes that such motions "should be rare." *See also Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 1137, 1144–45 (D. Nev. 2015).

1

filed in civil cases are screened in the order in which they are filed. The court will process Chatman's *in forma pauperis* application and screen the proposed complaint in due course.

**IT IS ORDERED** that:

1. Plaintiff Eric Chatman's Request for Appointment of Counsel (ECF No. 6) and Ex Parte Motion for Assignment of Counsel (ECF No. 7) are **DENIED** as premature.
2. The court will process Chatman's *in forma pauperis* application and screen the proposed complaint in due course to determine whether he states a claim upon which relief can be granted.

DATED this 24th day of May, 2018.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE