# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Eric Chatman,

    Plaintiff

v.

7-11 Company, et al.,

    Defendants

Case No.: 2:18-cv-00220-JAD-PAL

**Order Adopting
Report & Recommendation and
Dismissing Case**

[ECF Nos. 1, 11]

California Department of Corrections and Rehabilitation inmate and frequent federal-court filer Eric Chatman brings this civil-rights action under 42 U.S.C. § 1983 and moves to proceed in forma pauperis. Magistrate Judge Peggy Leen has reviewed his application, complaint, and litigation history and recommends that I deny Chatman's pauper-status request[1] and dismiss this action with prejudice.[2]

Any objections to the report and recommendation were due by December 31, 2018, and none were filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

Accordingly, IT IS HEREBY ORDERED that:

- The Magistrate Judge's Report and Recommendation **[ECF No. 11] is ADOPTED** in its entirety;
- Chatman's application to proceed in forma pauperis **[ECF No. 1] is DENIED**;

---

[1] ECF No. 1.

[2] ECF No. 11.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

- **This case is DISMISSED** with prejudice as factually frivolous and for failure to state a plausible claim; and
- The Clerk of Court is directed to **ENTER JUDGMENT accordingly and CLOSE THIS CASE.**

Dated: January 3, 2019

_____
U.S. District Judge Jennifer A. Dorsey